AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____  Delaware

Maureen and William Anello
362 Alba Ct.
West Grove, v. PA 19390

**SUMMONS IN A CIVIL CASE**

v.

Indian River School District
served on Susan S. Bunting (officially)

CASE NUMBER: 07-668

TO: (Name and address of Defendant) Indian River School District
served on Susan S. Bunting (officially)
31 Hoosier St.
Selbyville, DE 19975

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maureen and William Anello
362 Alba Ct.
West Grove, PA 19390

Pro se litigants

an answer to the complaint which is served on you with this summons, within ___25___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              OCT 2 4 2007

CLERK                                        DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/24/07 |
| NAME OF SERVER (PPJNT)<br>KEVIN S. DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: INDIAN RIVER SCHOOL DISTRICT C/O JAMES H. MCMACKIN, ESQ. AT 500 DELAWARE AVE. WILMINGTON, DE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/07
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.