*Maureen Anello*
362 Alba Court
West Grove, PA 19390
(484) 667-8162
maureenanello@yahoo.com




SS

November 16, 2007

Mr. Peter T. Dalleo
Court Clerk
U.S. District Court District of Delaware
J. Caleb Boggs, Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Case Number 07-668(GMS)-LPS – Motion for Authorization to File Electronically

Dear Mr. Dalleo;

As I am proficient in Microsoft Office and have access to the internet, I felt it was in the best interest of the court to attend the CM/ECF training session on October 10. After successfully completing the training, I respectfully request the court to grant this motion for authorization to file all documents electronically. Should the court have any questions, please be advised that I am available anytime for either a chambers or teleconference. Thank you for your time and consideration and I await the court's decision.

Sincerely,

Maureen Anello
*Pro se Plaintiff*

*CC: JH. McMackin, III*

Ms. Maureen Anello
362 Alba Ct
West Grove, PA 19390-8809



SOUTHEASTERN PA 193

17 NOV 2007 PM 1 L


U.S.M.S
X-RAY

Mr. Peter T. Dalleo
Court Clerk
U.S. District Court District of Delaware
J. Caleb Boggs, Federal Building
844 N. King Street
Wilmington, DE 19801

19801+3570





RECEIVED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE