# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**LEONARD P. STARK**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 26
WILMINGTON, DE 19801

December 5, 2007

Mr. and Mrs. William Anello
362 Alba Court
West Grove, PA 19390

Mr. James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

<u>RE: Anello, et al. v. Indian River School District, et al.; Civ. No. 07-668-LPS</u>

Dear Mr. and Mrs. Anello and Mr. McMackin:

  Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.1. On or before January 7, 2008, please inform the Court, by letter copied to the opposing parties, whether you object to any portion of the proposed order and why. Thereafter, the Court will enter a scheduling order Unless further ordered by the Court, a scheduling conference will not be necessary.

Cordially,

*[signature]*

LEONARD P. STARK

LPS/jk
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM and MAUREEN ANELLO, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 07-668-LPS |
| INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING, | : | |
| Defendants. | : | |

## ORDER

At Wilmington this ___ day of **January, 2008**, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **February 8, 2008**.

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **June 7, 2008**.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motion.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 7, 2008**. Answering briefs and affidavits, if any, shall be filed on or

before **July 21, 2008**.  Reply briefs shall be filed on or before **July 28, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE