UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| William Anello and<br>Maureen Anello,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Indian River School District<br>and Susan S. Bunting,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. No. 07-668-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

At Wilmington this **10**th day of **December 2007**, having considered plaintiff's letter motion for authorization to file electronically (D.I. 6);

**IT IS ORDERED** that plaintiff's motion is **DENIED** for the following reasons:

1.   Pursuant to the Court's standing order dated February 8, 2005, pro se litigants can register to use the Court's electronic docketing system only upon approval of the judge.

2.   At this time the Court does not believe it would be helpful to the Court, and might become burdensome for the Court in managing this case, if plaintiff filed papers electronically.

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**