

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM and MAUREEN ANELLO,

          Plaintiffs,

v.

INDIAN RIVER SCHOOL DISTRICT
and SUSAN S. BUNTING,

          Defendants.

C.A. No. 07-668-LPS

## ORDER

At Wilmington this **11th** day of **January, 2008**, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1, having received no objections to the Court's proposed scheduling order from *pro se* Plaintiffs William and Maureen Anello, and having reviewed Defendants' objections,

IT IS ORDERED that:

1. **Joinder of Other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before **February 8, 2008**.

2. **Discovery**. Because this case involves an action for judicial review of an administrative panel decision under the Individuals with Disabilities Education Act, 20 U.S.C. Section 1400 et seq., discovery is limited to those matters that are relevant and reasonably calculated to lead to the discovery of admissible evidence that is "relevant, non-cumulative, and useful in determining whether Congress' goal has been reached for the child involved." *See Susan N. v. Wilson Sch. Dist.*, 70 F.3d 751, 760 (3d Cir.

1995). All discovery in this case shall be initiated so that it will be completed on or before **June 7, 2008**.

3.  **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall not deliver copies of papers or correspondence to Chambers.

4.  **Summary Judgment Motion.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 7, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **July 21, 2008**. Reply briefs shall be filed on or before **July 28, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE