

**MAUREEN ANELLO**
362 Alba Court
West Grove, PA 19390
610-869-7345
maureenanello@yahoo.com

<u>**via certified mail and fax**</u>

May 2, 2008

Valerie A. Woodruff
Secretary of Education
Delaware Department of Education
John G. Townsend Building
401 Federal Street, Suite #2
Dover, Delaware 19901-3639

07cv668-LPS

Re:  *Anello v et.al. Indian River School District*  DE DP 05-02 & DE DP 07-20
     and File CS05-02707, Case No. 05-32017

Dear Ms. Woodruff;

Please be advised the above caption matters has been appealed to the United States District Court for the State of Delaware. Pursuant to 20 USC §1415(i)(2)(C) and as custodian of the record, please submit the administrative records of the proceeding before the special education due process panels and the Sussex County Family Court's January 19th, 2007 Order reversing the original due process panels' decision and remanding the case back to the Department's special education due process hearing panel. When forwarding the record to the United States District Court for the State of Delaware, please reference case number cv-07-6687 (LPS) on all documents.

Thank you for your cooperation and if you have any questions, please feel free to contact me at the above.

Sincerely,

Maureen Anello

Cc: P. Dalleo – Clerk, US District Court
    M. McMackin, Esquire

William J. Aniello
Maureen A. Aniello
362 Alba Court
West Grove, PA 19390

SOUTHEASTERN PA 193

02 MAY 2008

Mr. Peter T. Dalleo
Clerk, U.S. District Court for
the District of Delaware
844 N. King Street
Wilmington, DE 19801