

# DEPARTMENT OF EDUCATION

THE TOWNSEND BUILDING
401 Federal Street Suite 2
DOVER, DELAWARE 19901-3639
DOE WEBSITE: http://www.doe.k12.de.us

Valerie A. Woodruff
Secretary of Education
Voice: (302) 735-4000
FAX: (302) 739-4654

CA 07-668 LPS

May 13, 2008

Ms. Maureen Anello
362 Alba Court
West Grove, PA   19390

RE:   Anello v et.al. Indian River School District DE DP 05-02 & DE DP 07-20
      And File CSO5-20707, Case No. 05-32017

Dear Ms. Anello:

Thank you for your letter dated May 2, 2008 and which was received by the Department of Education on May 2, 2008 requesting the record in reference to the above.

The court will make an official request to the Department of Education for the record at which time it will be submitted to the court.

Sincerely,

Valerie Woodruff
Secretary of Education

jp
cc:   Mary L. Cooke, Esquire – Deputy Attorney General, Department of Justice
      Dr. Peter Dalleo - Clerk, U.S. District Court
      Jennifer Kline, Esquire – Deputy Attorney General, Department of Justice
      M. McMackin, Esquire
      Martha Toomey – Director, Department of Education

EDUCATION INFO LINE:
(877) 838-3787

THE DELAWARE DEPARTMENT OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. IT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, SEXUAL ORIENTATION, MARITAL STATUS, DISABILITY, AGE OR VIETNAM ERA VETERAN'S STATUS IN EMPLOYMENT, OR ITS PROGRAMS OR ACTIVITIES.

TEACHER CERTIFICATION INFO:
(888) 759-9133