IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM and MAUREEN ANELLO, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 07-668-LPS |
| | : |
| INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, this **25th** day of **June, 2008**.

**WHEREAS**, this case involves an action for judicial review of an administrative panel decision pursuant to 20 U.S.C. § 1415(i)(2)(A) of The Individuals With Disabilities Education Improvement Act. The action concerns the educational rights of a minor child with a disability.

**WHEREAS**, on January 11, 2008, this Court entered a Scheduling Order in this matter establishing certain deadlines (D.I. 11).

**WHEREAS**, on June 3, 2008, this Court ordered the Secretary of Education, Valerie A. Woodruff, through the Department of Justice of Kent County, Delaware, to certify and file with the Court, under seal, the record of the administrative hearing, including all documents submitted, transcripts of all testimony, and the decision of the hearing panel (D.I. 15).

**WHEREAS**, on June 23, 2008, this Court received correspondence from Defendants requesting suspension of the established deadlines for summary judgment motions until such time as the administrative record is filed with the Court (D.I. 18).

**IT IS THEREFORE HEREBY ORDERED** that the deadlines for summary judgment motions set forth in the Court's January 11, 2008 Scheduling Order (D.I. 11) are hereby suspended.

**IT IS THEREFORE HEREBY FURTHER ORDERED** that, **within ten (10) days of the filing of the administrative record with the Court,** counsel for Defendants shall file, on behalf of both parties, the proposed schedule or schedules for briefing on summary judgment motions.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or parties shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE