## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **William and Maureen Anello** | * | |
| **362 Alba Court** | * | |
| **West Grove, PA 19390** | * | |
| **Chester County, Pennsylvania** | * | |
| | * | |
| **Plaintiffs** | * | **Civil Action No. 07-668-LPS** |
| | * | |
| **v.** | * | |
| | * | |
| **Indian River School District** | * | |
| **Serve On:** | * | |
| **Susan S. Bunting (officially)** | * | |
| **31 Hoosier St.** | * | |
| **Selbyville, DE 19975** | * | |
| **Sussex County, Delaware** | * | |
| **and** | * | |
| **Susan S. Bunting (officially)** | * | |
| **Superintendent of Schools** | * | |
| **Indian River School District** | * | |
| | * | |
| **Defendants** | * | |



## PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION OF EXTENSION

Dated:  June 26, 2008

_William Anello_
**William Anello**
**362 Alba Court**
**West Grove, PA 19390**

_Maureen Anello_
**Maureen Anello**
**362 Alba Court**
**West Grove, PA 19390**

**Maureen Anello**
362 Alba Court
West Grove, PA 19390
610-869-7345
maureenanello@yahoo.com

June 26, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. District Court District of Delaware
844 King Street
Lockbox 26
Wilmington, DE 19801

RE:     *Anello, et al.* v. *Indian River School District, et al.*
        *CA. No. 07-668-LPS*

Dear Judge Stark:

I am the Appellant is the case captioned above. Due to circumstances beyond my control I have also been a Pro se litigant since the beginning of this dispute in August 2004. James H. Mc Mackin, III, represents the Appellees and also represented them in the Due Process case which is the basis of this appeal. The Appellees request to suspend the filing of summary judgment motions in order to allow the Department of Education an opportunity to copy and provide the administrative records from all three related cases that encompass this appeal.

This delay seems unreasonable considering Mr. McMackin was as much privileged as was I to the administrative record from the original due process hearing, the subsequent appellant hearing in the Family Court in and for Sussex County DE, and the 2nd hearing on remand which is the focus for this review. Moreover, the 2007 Hearing Panel determined it would rely on the administrative record of the 2004 hearing for evidentiary purposes to determine the issues on remand. Ultimately, the entirety of evidentiary records was utilized by both parties in their closing arguments for the remanded case.

I feel the reason at this juncture for a request to suspend the filing of summary judgment motions for lack of record availability, may be misrepresented. Transcripts, and evidence binders utilized during and after both hearings as well as the administrative records of the Family Court case were always provided by the Department of Education as they will be for this appeal.

While I can appreciate scheduling pressures, I see no reason to allow extensions so Mr. McMackin can receive more copies of everything he already has or has been available to him and in the District's possession. According to the Department's representative, Jennifer Kline Esquire, they will not be providing additional information into what both parties have already, merely photocopying it all for this court.

Taking into consideration that the original filing in the dispute was August 2004, the filing for this appeal was October 24, 2007, and it's now June 26, 2008, I believe Mr. McMackin has had ample opportunity to review the entire record. Especially given he applied many citations utilizing all the voluminous records in his most recent Due Process closing arguments. I propose he has no less than what I have in my possession at this time to determine what information is needed to file a case dispositive summary judgment motion.

Preferably, I would like to continue with the current court schedule and with the records we both already have at hand. However, in fairness to me as the Opposing Party and Pro se representative; if the court agrees to Mr. McMackin's request I would, respectfully request to be given the opportunity to amend my complaint and possibly fix the problem once Mr. McMakin has had opportunity to review the administrative records yet to be provided and before the case is dismissed for good.

Respectfully submitted,

Maureen Anello

William Anello

cc:     Mr. McMackin, III (via U.S. Mail)

## CERTIFICATE OF SERVICE

I, _____ Maureen Anello _____ , hereby certify that two copies of the attached

__Response to Defendants Motion of Extension__ was served by United State Postal Service on

this 27 day of June , 2008  upon the following person:

**Mr. James H. Mc Mackin, III**
**Morris, James LLP**
**500 Delaware Ave**
**Suite 1500**
**Wilmington, DE  19801-1494**
**302-888-6800**


Maureen Anello
*Pro se litigant*


Date: _____ June 27, 2008 _____



Mr. Peter T. Dalleo
U.S. District Court for the District of
Delaware
844 N. King Street
Wilmington, DE 19801

Anello Alba Ct PA
362 Alba Ct
West Grove, PA
19390