# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

July 1, 2008

**VIA E-FILING**

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801

> RE: *Anello, et al. v. Indian River School District, et al.*
> C.A. No. 07-668-LPS

Dear Judge Stark:

  I write in response to the Appellants' motion in opposition filed on June 30, 2008 (Docket Entry #20). I realize that Your Honor has already granted the motion to extend time for summary judgment in light of the fact that the administrative record has not been filed with the Court, and I thank you for extending this courtesy. I write merely to correct for the record an inaccuracy in the letter that was filed on June 30, 2008. Our Firm does not have an unaltered copy of the record. Our copy of record has marks and notations on it made by our Firm and by our clients' previous counsel. Therefore, there was no way we could have relied upon our records to create a true and correct copy of the appendix for the motion for summary judgment. Again, I realize this is a moot issue, and write merely to let the record reflect the reason additional time was requested.

Respectfully submitted,

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
cc: Mr. and Mrs. William Anello (via U.S. Mail)
  Dr. Susan Bunting (via U.S. Mail)
  Ms. Darlene St. Peter (via U.S. Mail)
  Clerk of the Court (via e-filing)

1829584/1