## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**William and Maureen Anello**           *
**362 Alba Court**                       *
**West Grove, PA 19390**                 *
**Chester County, Pennsylvania**         *
                                         *
  **Plaintiffs**              *  **Civil Action No. 07-668-LPS**
                                         *
   **v.**                *
                                         *
**Indian River School District**         *
**Serve On:**                            *
**Susan S. Bunting (officially)**        *
**31 Hoosier St.**                       *
**Selbyville, DE 19975**                 *
**Sussex County, Delaware**              *
   **and**               *
**Susan S. Bunting (officially)**        *
**Superintendent of Schools**            *
**Indian River School District**         *
                                         *
  **Defendants**              *



FILED

JUL - 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION OF EXTENSION

Dated:  July 7, 2008

**William Anello**
**362 Alba Court**
**West Grove, PA 19390**

**Maureen Anello**
**362 Alba Court**
**West Grove, PA 19390**

**Maureen Anello**
362 Alba Court
West Grove, PA 19390
610-869-7345
maureenanello@yahoo.com

July 7, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. District Court District of Delaware
844 King Street
Lockbox 26
Wilmington, DE 19801

RE:    *Anello, et al.* v. *Indian River School District, et al.*
        *CA. No. 07-668-LPS*

Dear Judge Stark:

In response to Mr. McMackin's July 1, 2008 letter, there seems to be a misunderstanding. We were not aware Your Honor has already granted counselor's motion for extend time in filing summary judgment motions as we have not received notice from the court granting the motion. If Your Honor has granted counselor's motion for an extension for summary judgment filing, we respectfully request the court to send us a copy of such order.

In an effort of not burdening the court on matters already decided, we would like to take this opportunity to respectfully request the court to reconsider its December 10, 2007 order denying us access to file and receive electronic filings. If Your Honor would allow us to file and receive papers electronically, we will be afforded the same opportunity as Mr. McMackin and will eliminate any ex-parte communications.

Respectfully submitted,

Maureen Anello

William Anello

cc:    Mr. McMackin, III (via U.S. Mail)

## CERTIFICATE OF SERVICE

I, _____ Maureen Anello _____, hereby certify that two copies of the attached

__Response to Defendants Motion of Extension__ was served by United State Postal Service on

this 7 day of July , 2008 upon the following person:

**Mr. James H. Mc Mackin, III**
**Morris, James LLP**
**500 Delaware Ave**
**Suite 1500**
**Wilmington, DE  19801-1494**
**302-888-6800**

Maureen Anello
*Pro se litigant*

Date: _____ July 7, 2008 _____

William J. Arello
Maureen A. Arello
362 Alba Court
West Grove, PA 19390

Mr. Peter T. Dalleo
U.S. District Court for the District of
Delaware
844 N. King Street
Lockbox 26
Wilmington, DE 19801



UNITED STATES
POSTAL SERVICE

0000

19801



U.S. POSTAGE
PAOLI PA
19301
JUL 08'08
AMOUNT

$0.54
0004936-06



USA FIRST-CLASS (09/V/42