

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
SUSSEX COUNTY
114 EAST MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-5353
FAX (302) 856-5369
TTY (302) 856-2500

July 10, 2008

Civil Division/Sussex County (302) 856-5353

**By Mail**

Mr. Peter T. Dalleo
Clerk, U.S. District Court for
the District Court of Delaware
844 N. King Street
Wilmington, DE  19801

      RE:    *Annello v. Indian River School District, et al.*
              C.A. No. 07-668-LPS

Dear Mr. Dalleo:

     I represent the Delaware Department of Education.  The above-captioned matter involves an action for judicial review of an administrative special education panel decision pursuant to the Individuals With Disabilities Education Act.  The Department of Education is not a party to the litigation, but is the custodian of the administrative record.  On June 3, 2008, U.S. Judge Magistrate Stark ordered the Department to file the administrative record with the Court under seal pursuant to 20 U.S.C. § 1415(i)(2)(C).  Enclosed please find the original and one copy of the administrative record. By copy of this letter, the Department is also providing the parties a copy of the administrative record by mail.   Thank you.

                          Very truly yours,

                          Jennifer L. Kline

Enclosure
cc:    Mr. and Mrs. William Annello  (w/ enclosure by mail)
        James McMackin, Esquire  (w/ enclosure by mail)
        Secretary of Education, Valerie A. Woodruff  (w/out enclosure)
        Ms. Martha Toomey, Department of Education  (w/out enclosure)