IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM and MAUREEN ANNELLO, | : |
| Plaintiffs | :    C.A. No. 07-668-LPS |
| v. | : |
| INDIAN RIVER SCHOOL DISTRICT, and SUSAN S. BUNTING, | : |
| Defendants. | : |

ADMINISTRATIVE RECORD
OF PROCEEDINGS BEFORE A SPECIAL EDUCATION
DUE PROCESS PANEL

**CONFIDENTIAL - FILED UNDER SEAL
PURSUANT TO JUNE 3, 2008 ORDER
OF THE COURT**

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Jennifer L. Kline*

Jennifer L. Kline (#4075)
Deputy Attorney General
114 East Market Street
Georgetown, DE 19947
(302) 856-5353
Jennifer.Kline@state.de.us
Attorney for Secretary Woodruff and
Delaware Department of Education

Date: July 10, 2008