# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

July 22, 2008

**VIA E-FILING**

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801

RE: *Anello, et al. v. Indian River School District, et al.*
C.A. No. 07-668-LPS

Dear Judge Stark:

      Your Honor directed the parties to propose a briefing scheduling for motions for summary judgment within 10 days of the administrative record being filed. The Delaware Department of Education ("DOE") filed a copy of the administrative record under seal with the Court and provided copies of the administrative record to the parties. The parties agreed on a scheduling order which we planned tentatively to propose to the Court, but I subsequently became aware through Mrs. Anello that there may be some issues with documents missing from the administrative record. The parties in short course will determine what, if any, documents are missing and endeavor to correct any issues. I write to inform Your Honor of this issue to explain our delay in proposing a briefing schedule. I hope to be able to propose a briefing schedule to the Court just as soon as the parties and DOE determine the administrative record is complete.

Respectfully submitted,

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
cc: Mr. and Mrs. William Anello (via U.S. Mail)
     Clerk of the Court (via e-filing)

1845953/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com