IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM and MAUREEN ANELLO, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 07-668-LPS |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **23rd** day of **July, 2008**.

**IT IS ORDERED** that counsel for Defendants shall file, on behalf of both parties, the proposed schedule or schedules for briefing on summary judgment motions by no later than **August 7th, 2008.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or parties shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE