# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

August 6, 2008

**VIA E-FILING**

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. Courthouse
844 King Street
Lockbox 26
Wilmington, DE 19801

> RE: *Anello, et al. v. Indian River School District, et al.*
> C.A. No. 07-668-LPS

Dear Judge Stark:

      We are in receipt today of the Plaintiffs' Motion to Compel Disclosure of Sussex County Family Court Documents. As the Motion is not directed at my clients, I am naturally not in a position to oppose or consent to the Motion. However, it is the District's view that the administrative record filed by the Department of Education is complete. I propose two ways of resolving the dispute. First, perhaps a teleconference among Your Honor, the Plaintiffs, Ms. Kline and myself can bring the parties to an understanding as to what is and is not a part of the administrative record. Alternatively, we would not oppose an effort by the Plaintiffs to attach to their summary judgment briefing documents that were provided to or prepared by the Family Court in the Family Court action. I write merely to propose these alternatives in an effort to aid the Court. With Your Honor's permission, we will not be filing a response to the Motion to Compel unless Your Honor requests us to do so.

Respectfully submitted,

*[signature]*

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
cc: Mr. and Mrs. William Anello (via U.S. Mail)
     Jennifer L. Kline, Esquire (via e-filing)
     Clerk of the Court (via e-filing)

1874338/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com