IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM and MAUREEN ANELLO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 07-668 GMS |
| ) | |
| INDIAN RIVER SCHOOL DISTRICT ) | |
| and SUSAN S. BUNTING, ) | |
| ) | |
| Defendants. ) | |

**STIPULATED BRIEFING SCHEDULE**

Subject to the approval of the Court, the parties hereto stipulate and agree to the following briefing schedule in connection with filing of motions for summary judgment:

Opening Briefs:      August 20, 2008

Answering Briefs:   September 25, 2008

Reply Briefs:           October 15, 2008

_____
William Anello
362 Alba Court
West Grove, PA  19390
(484) 667-8162
Pro Se Plaintiff

_____
Maureen Anello
362 Alba Court
West Grove, PA  19390
(484) 667-8162
Pro Se Plaintiff

MORRIS JAMES LLP

_____
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
(302) 888-5849
Attorneys for Defendants

IT IS SO ORDERED this _____ day of _____, 2008.

_____
J.

1845737/1