IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM and MAUREEN ANELLO, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 07-668-LPS |
| : | |
| INDIAN RIVER SCHOOL DISTRICT : | |
| and SUSAN S. BUNTING, : | |
| : | |
| Defendants. : | |

**ORDER**

At Wilmington, this **11th** day of **August, 2008**:

**IT IS HEREBY ORDERED** that a status teleconference is scheduled for **Thursday, August 21st, 2008** at **2:00 P.M.** Counsel for the Defendants shall initiate the teleconference call to **302-573-4573**.

**IT IS FURTHER ORDERED** that Plaintiffs, counsel for Defendants, as well as counsel for the custodian of the administrative record, filed with the Court on July 10th, 2008, shall participate in the telephone conference. Counsel and the parties should be prepared to discuss Plaintiffs' Motion to Compel ( d.i. 27 ) and the contents of the administrative record in this matter.

**IT IS FURTHER ORDERED** that defendants shall ensure that counsel for the custodian of the administrative record were provided with a copy of plaintiffs' Motion to Compel ( d.i. 27 ) before the scheduled conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or the parties shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE