SEALED DOCUMENT

Case 1:07-cv-00668-LPS   Document 32   Filed 08/20/2008   Page 1 of 1