# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM and MAUREEN ANELLO,    )
    )
        Plaintiffs,    )
    )
        v.    )    C.A. No. 07-668 LPS
    )
INDIAN RIVER SCHOOL DISTRICT    )
and SUSAN S. BUNTING,    )
    )
        Defendants.    )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Indian River School District and Susan S. Bunting ("Defendants") hereby move for summary judgment with respect to Plaintiffs William and Maureen Anello's Complaint. In support of this Motion, Defendants rely on the accompanying Defendants' Opening Brief in Support of Their Motion for Summary Judgment.

MORRIS JAMES LLP

David H. Williams (DE #616)
dwilliams@morrisjames.com
James H. McMackin, III (DE #4284)
jmcmackin@morrisjames.com
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
302.888.6900/5849
Attorneys for Defendants

Dated: August 20, 2008

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WILLIAM and MAUREEN ANELLO,       )
                                  )
       Plaintiffs,          )
                                  )
     v.                      )       C.A. No. 07-668 LPS
                                  )
INDIAN RIVER SCHOOL DISTRICT      )
and SUSAN S. BUNTING,             )
                                  )
       Defendants.          )

## CERTIFICATE OF ELECTRONIC SERVICE

I, James H. McMackin, III hereby certify that on August 20, 2008, I electronically filed the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participants:

        William Anello
        362 Alba Court
        West Grove, PA  19390

        Maureen Anello
        362 Alba Court
        West Grove, PA  19390


        David H. Williams (#616)
        dwilliams@morrisjames.com
        James H. McMackin, III (#4284)
        jmcmackin@morrisjames.com
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900/5849

Dated:  August 20, 2008        Attorneys for Defendants