IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM and MAUREEN ANELLO, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 07-668-LPS |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington, this **21st** day of **August, 2008**.

**WHEREAS**, this case involves an action for judicial review of an administrative panel decision pursuant to 20 U.S.C. § 1415(i)(2)(A) of The Individuals With Disabilities Education Improvement Act. The action concerns the educational rights of a minor child with a disability.

**WHEREAS**, on December 10, 2007, this Court entered an Order in this matter denying Plaintiffs' letter motion for authorization to file electronically (D.I. 9).

**WHEREAS**, on January 11, 2008, this Court entered a Scheduling Order in this matter establishing certain deadlines (D.I. 11), including, *inter alia*, deadlines regarding summary judgment motions and discovery, as well as a provision that "[a]ll motions to join other parties and amend the pleadings shall be filed on or before February 8, 2008."

**WHEREAS**, on June 25, 2008, this Court ordered that the deadlines for summary judgment motions set forth in the Court's January 11, 2008 Scheduling Order (D.I. 11) were suspended (D.I. 19).

**WHEREAS**, on July 1, 2008, Plaintiffs filed a letter motion dated June 26, 2008 requesting the opportunity to possibly amend their complaint (D.I. 20).

**WHEREAS**, on July 9, 2008, Plaintiffs filed a letter motion dated July 7, 2008 again requesting authorization to file electronically (D.I. 22).

**WHEREAS**, on August 7, 2008, the parties filed a stipulated proposed briefing schedule for summary judgment motions (D.I. 29), as requested in the Court's July 23, 2008 Order (D.I. 26).

**WHEREAS**, on August 21, 2008, the Court held a status teleconference with the parties and the custodian of the administrative record to discuss Plaintiff's Motion to compel (D.I. 27) and responses thereto (D.I. 28, 31), as well as the status of the case.

**IT IS THEREFORE HEREBY ORDERED** that the December 10, 2007 Order regarding electronic filing shall continue to govern in all respects (D.I. 9).

**IT IS FURTHER ORDERED** that, except with respect to summary judgment motions, the January 11, 2008 Scheduling Order shall continue to govern in all other respects (D.I. 11). The deadline for amendment of pleadings thus expired on February 8, 2008.

**IT IS FURTHER ORDERED** that all summary judgment motions and opening briefs and affidavits, if any, in support of the motion, shall be served and filed on or before **August 20, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **September 25, 2008**. Reply briefs shall be filed on or before **October 15, 2008**.

    Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or parties shall advise the Court immediately of any problems regarding compliance with this Order.

                  _____
                  UNITED STATES MAGISTRATE JUDGE