IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM and MAUREEN ANELLO, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 07-668-LPS |
| INDIAN RIVER SCHOOL DISTRICT and SUSAN S. BUNTING, | : |
| Defendants. | : |

### ORDER

At Wilmington, this **27th** day of **August, 2008**.

**WHEREAS,** on August 21, 2008, the Court held a status teleconference with the parties and the custodian of the administrative record to discuss Plaintiff's Motion to compel (D.I. 27) and responses thereto (D.I. 28, 31), as well as the status of the case.

**IT IS THEREFORE HEREBY ORDERED** that the Motion to compel (D.I. 27) is DENIED for the reasons discussed on the record.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel or parties shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE